UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

2011 SEP -6 PM 2: 59

In re:  §  Case No. 08-21007 ASD
CARLSON, ERNEST B  §
 §  (CHAPTER 7)
 §
 §
 §
Debtor(s).  §
 §

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

$4.90
#274857

The undersigned trustee reports:

__X__    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_____    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: September 2, 2011

Thomas C. Boscarino, Trustee
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT  06033
(860) 659-5657

# EXHIBIT A

Case Name:    CARLSON, ERNEST B
Case Number:  08-21007

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Team Physicians of CT, P.C. Medical Business Consultants Settlement, 11701 Belcher Road S. Suite 113 Largo, FL 33773 | 4 | $187.00 | $4.90 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 4.90 | $ 0.00 |

